**STATE of Missouri, Respondent,**

v.

**Jason Samuel PROCTOR, Appellant.**

No. WD 74516.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2013.

Application for Transfer to Supreme Court Denied April 30, 2013.

Richard A. Starnes, Jefferson City, MO, for appellant.

Stephen S. Wyse, Columbia, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

ORDER

PER CURIAM.

Jason Proctor was convicted by jury on one count of second-degree domestic assault and one count of first-degree child endangerment. On appeal, Proctor contends the circuit court erred in denying his motions for judgment of acquittal because the evidence was insufficient to support the convictions. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).